Bryan K. Benard, CA State Bar No. 192630
bbenard@hollandhart.com
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801)799-5833
Facsimile: (801)799-5700

*Attorneys for Defendant
Bask Technology, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERERRI D'ANGELO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BASK TECHNOLOGY, INC. (formerly named ITOK, INC.), a corporation; and FIELD NATION, LLC, a limited liability company,<br><br>Defendants. | **Case No. 15cv1899-CAB-MDD**<br><br>**REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION AND NOTICE PURSUANT TO 29 U.S.C. § 216(B)**<br><br>Hon. Cathy Ann Bencivengo<br><br>Magistrate Judge<br>Hon. Mitchell D. Dembin |

Defendant Bask Technology, Inc. ("Bask") hereby submits this Request for Oral Argument related to Plaintiff's Motion for Conditional Collective Action Certification and Notice Pursuant to 29 U.S.C. § 216(b). This request is made pursuant to section II.B of the Civil Case Procedures of the Honorable Cathy Ann Bencivengo.

Bask believes that oral argument would be helpful for the Court in determining Plaintiff's Motion as it seeks somewhat extraordinary, and certainly significant, nationwide conditional class certification related to independent contractors of several third-party entities. None of the individuals Plaintiff purports to represent/have certified as a class are actually employees of Bask and Bask lacks much of the personal contact information sought by Plaintiff, which could be better explained at oral argument. The nuances and differences of the circumstances of the proposed nationwide potential class are significant and difficult to explain by briefing alone. The various relationships between Plaintiff, other independent contractors, the third-party entities with which the potential class contracted, and then the contractual service relationships between those third-parties and Bask are central to the Court's decision—and Bask believes that discussing those factual matters in oral argument would be helpful for the Court. Therefore, Bask is requesting oral argument.

Counsel for Bask would be available for hearing on the noticed motion date of March 30, 2016. If the Court determines to grant this request and set a different date, Bask would like to inform the Court that its counsel is not available from March 31, 2016 through April 10, 2016, and also not available April 13-15, 2016. Currently those are the unavailable dates for Bask's counsel.

Bask appreciates the Court considering this Request for Oral Argument.

Dated this 17th day of March, 2016.

                HOLLAND & HART LLP

                /s/ Bryan K. Benard
                Bryan K. Benard
                Holland & Hart LLP
                Attorneys for Defendant iTOK, Inc.

# CERTIFICATE OF SERVICE

I, Melissa Thurgood, hereby certify that on March 17, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record registered with the CM/ECF system.

/s/ Melissa Thurgood
Melissa Thurgood

8575658_1