Alisa A. Martin, SBN 224037
AMARTIN LAW
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: 619.308.6880
Facsimile: 619.308.6881

Lindsay C. David, SBN 283267
SAN DIEGO COUNTY LAW OFFICES
2173 Salk Avenue, Suite 250
Carlsbad, CA 92008
Telephone: 760.206-3566
Facsimile: 760.888.3575

Attorneys for Plaintiff
D'ANGELO FERRERI

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANGELO FERRERI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BASK TECHNOLOGY, INC. (formerly named iTOK, INC.), a corporation; and FIELD NATION, LLC, a limited liability company,]<br><br>Defendants. | Case No. 15CV1899-CAB-MDD<br><br>**NOTICE VOLUNTARY REQUEST FOR DISMISSAL OF FIELD NATION, LLC**<br><br>Hon. Cathy Ann Bencivengo<br>Judge: Hon. Mitchell D. Dembin |

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Plaintiff voluntarily dismisses Field Nation LLC as a party herein with prejudice.

DATED: March 30, 2016         AMARTIN LAW

By: /s/ _____

Alisa A. Martin
Attorney for Plaintiff, D'ANGELO FERRERI

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mr. Bryan Bernard, counsel for Defendant Bask Technology, Inc., and Ms. Hua, counsel for Defendant Field Nation, LLC, and that I have obtained their authorization to affix their electronic signatures to this document.

DATED:                                     AMARTIN LAW

                                                By: /s/ _____

                                                    Alisa A. Martin
                                                    Attorneys for Plaintiff

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served May 2, 2016, with a copy of this document via e-mail/electronic service. I certify that all parties in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

/s/ Alisa A. Martin